```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEREMY R. JEHANGIRI
    Assistant United States Attorneys
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: 559-497-4000

 5  Attorneys for Plaintiff
      United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  1:11-cr-00045-AWI
                                   )
12                 Plaintiff,      )  STIPULATION AND AGREEMENT TO
                                   )  VACATE JURY TRIAL DATE; ORDER
13  v.                             )
                                   )  DATE: To Be Determined
14  BERTHA RENELL MILTON,          )  TIME: To Be Determined
      aka BERTHA RENELL VAUGHN,    )  Honorable Anthony W. Ishii
15                                 )
                   Defendant.      )
16
```

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Bertha Renell Milton, aka Bertha Renell Vaughn, by and through her counsel, David A. Torres, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1. The parties request that the jury trial date in this case be vacated from the Court's calendar of December 13, 2011, at 9:00 a.m.

2. The parties stipulate that a plea agreement has been reached in this case. The plea agreement was filed with the Court on October 27, 2011.

1

3. The parties also request that the Court schedule a change of plea hearing at 9:00 a.m. on November 28, 2011, or any other time as the Court deems appropriate.

4. The parties stipulate and agree that the time resulting from consideration by the Court of a proposed plea agreement should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G).

5. Pursuant to the terms of the plea agreement, the parties stipulate and agree that the interests of justice served by accepting this stipulation outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED AND AGREED.

Dated: October 27, 2011 /s/ *Jeremy Jehangiri*
Jeremy R. Jehangiri
Assistant United States Attorney

Dated: October 27, 2011 /s/ *David A. Torres* (as authorized)
David A. Torres
Attorney for Defendant
Bertha Renell Milton
aka Bertha Renell Vaughn

**ORDER**

IT IS SO ORDERED, with time excluded.

IT IS SO ORDERED.

Dated: October 27, 2011 _____
CHIEF UNITED STATES DISTRICT JUDGE